# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136788

ERIC BRAVERMAN, Conservator of the
Estate of JAMALL DUFFEY, a Minor,
      Plaintiff-Appellant,

v

          SC: 136788
          COA: 274165
          Wayne CC: 04-404393-NI

KASIEM PIERCE and AMTECH
LIGHTING SERVICES,
      Defendants-Appellees,

and

CITY OF DETROIT,
      Defendant.
_____/

      On order of the Court, the application for leave to appeal the May 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020